UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 13 CV 5491

RA PTAH TARHAKA
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff (s).)*

-against-

THE CITY OF NY
P.O.ALVEREZ ,JOHN DOE ;
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes      ☐ No

(check one)

RECEIVED
AUG −5 2013
PRO SE OFFICE

I.     **Parties in this complaint:**

A.     List your name, address and telephone number.  If you are presently in custody, include your
       identification number and the name and address of your current place of confinement. Do the same
       for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff       Name  RA PTAH TARHAKA
                Street Address  14G   1694 madison ave
                County, City  NY.NY.
                State & Zip Code    NY.NY.10029
                Telephone Number  1-212-8998808   996-1069

B.     List all defendants.  You should state the full name of the defendant, even if that defendant is a
       government agency, an organization, a corporation, or an individual.  Include the address where
       each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
       contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1       Name      the city OF NEW YORK
                      Street Address 100,CHURCH,ST.10007  ,NY,NY

*Rev. 05/2010*

County, City __COP,ALVEREZ_____

State & Zip Code __*ZII E. i23 sT*_____

Telephone Number _____

Defendant No. 2    Name __COP,JOHN DOE_____

Street Address __*2 II E .I23 ct*_____

County, City __*NY N.Y*_____

State & Zip Code __*NY.*_____

Telephone Number _____

Defendant No. 3    Name __the city of new york_____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4    Name ___CITY OF NEW YORK ,100 CHURCH ,ST_____

Street Address __NY.NY. 10007_____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ___14,4 AMENDMENT   USC_____

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _____ATP  14G_____

1694  MADISON AVE NY.NY_____

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____

APRIL THE ,@ 22.2013_____

_____

C.      Facts: _____

| What happened to you? | _____ |
|---|---|
| | _____ |
| | _____ |
| | _____ |
| Who did what? | _____ |
| | _____ |
| | _____ |
| Was anyone else involved? | _____ |
| | _____ |
| | _____ |
| Who else saw what happened? | _____ |
| | _____ |

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment,  if  any,  you  required  and  received._____

_____

_____

_____

_____

_____

_____

*Rev. 05/2010*

## COMPLAINT

1

ON APRIL THE,22.BETWEEN THE HOURS OF 8:30 and 10:00 I RA
TARHAKA CALLED 991 FOR MY WIFE WHO NEEDED URGENT MEDICAL
ATTENTION SOON THE COPS ARRIVED AT MY APARTMENT .THEY KNOCK
ON MY DOOR  THE COPS SAID"I CALLED THEM " I SAID I DID NOT
CALL YOU I CALLED THE PARAMEDICS" THEN THE COP SAID"WHY WON,T
I OPEN MY DOOR " I SAID "I DON.T HAVE TO " SOME MUNITES LATER
THE PARAMEDICS ARRIVED I OPEN THE DOOR AND LET THEM IN
THATS WHENE THE COP ATTEMTED TO ENTER MY APARTMENT I BARRED
HIS WAY "I SAID IF YOU ATTEMT TO ENTER MY DOMICLE WITHOUT
A WARRENT IT WILL RESULT IN A LAW SUIT"HE SAID ITS PROCEDDRE
I SAID "IF YOU DON,T HAVE A WARRANT YOU ARE NOT COMING IN
MY DOMICILE IF YOU DO IT WILL RESULT IN LAWSUIT".

2

THEN I SAID " I CLOSING MY DOOR " HE SAID"I CAN,T CLOSE
MY DOOR " HE SAID I MUST KEEP THE PARAMEDIC IN MYSHIGHT
AT ALL TIMES THEN ONE OF THE PARAMEDICS SAID"ITS PROCEDURE"
SO THIS COP IN TO A DEBATE WITH ME CONCERING THIS PROCEDUR
UNTIL I SAID"IAM TIERD OF TALKING TO YOU " THATS WHEN THE
COP ALVEREZ  STEP OVER MY THESHOLD GOT INTO MY FACE AND
SAID "I AM GOING TO ARREST YOU WHAT ARE YOU GOING TO DO
ABOUT IT" THAT WHENE I TOLD MY SON TO CALL INTERNAL AFFAIRS
THAT S WHEN ALVEREZ STEP OUT OF MY APARTMENT AS I TALKED
TO THE PERSON ON THE PHONE I ASK FOR THE COPS NAME AND
BANGE NUMBER  THAT:S WHEN ALVEREZ SAID ITS RIGHT HERE"
POINTIG TO HIS CHEST.

## STATMENT OF CLAIM

I RA PTAH TARHAKA STATE AND CLAIM THAT ALVEREZ HAD NO RIGHT
TO ENTER MY HOME WITHOUT A WARRANT AND THRETING ME
WITH ARREST AND CLAIM PROCEDURE ,PROCEDURE ITS NOT
THE LAW,THIS PROCEDURE IS UNCONSITUTIONAL ON ITS FACE
THIS PROCEDUE ISARUSE TO ENTER SOMEONE HOME SO THEY
THE COPS CAN SERCH SOMEONES DOMICILE THE FOURTH AMEND
MENT CLEARLY STATES UNDER WHAT CONDITION A COP CAN
ENTER SOMEONES HOME NO WHERE DOES IT STATE THAT PROCEDURE
BY THE POLICE DEPARTMENT GIVE THEM THIS RIGHT I DID NOT
INVITE ALVEREZ INTO MY DOMICILE AND WHEN HE DID THE
OTHER COP DID NOT ARREST HIM FROM ENTERING MY APARTMENT
I RA PTAH TARHAKA  STATE AND CLAIM THAT THE NYC POLICE
DEPARTMENT CESE AND DESIT  THIS SO CALED PROCEDURE.

## BILL OF PARTICULARS

VIOLATION   OF MY $

1.4 AMENDMENT,14.AMENDMENT

2.2137, CONBPIRCY,INACTION OF POLICE ACTIVITY.

RA PTAH TARHAKA

DATED ,JULY.14.2013

*Ra Ptah Tarhaka*

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are
seeking, and the basis for such compensation.   <u>3 million the city of NEW YORK</u>
<u>3MILLION P.O.ALVEREZ ,3MILLION JOHN DOE</u>

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this <u>SUN</u>day of __<u>JULY.14</u>__ , 2~~0088~~ 2013

Signature of Plaintiff   *Ra ptah Tarhaka*

Mailing Address   *1694 Madison Ave Apt 14G*
*10029 Ny Ny*

Telephone Number   <u>1-212-996-1069</u>

Fax Number *(if you have one)* _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners
must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number   _____

*Rev. 05/2010*